District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INDERJIT SINGH, *et al.*,

                Plaintiffs,

    v.

UR JADDOU, *et al.*,

               Defendants.

Case No. 2:24-cv-01598-RSL

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until April 28, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on December 9, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until April 28, 2025.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01598-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1   Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiffs' asylum interview for January 28, 2025. USCIS agrees to diligently work towards completing the adjudication within 90 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiffs will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiffs recognize that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiffs will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. After the interview, USCIS will need time to adjudicate Plaintiffs' asylum application. Once the application is adjudicated, Plaintiffs will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiffs' asylum interview and then process their asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 28, 2025. The parties will submit a joint status report on or before April 28, 2025.

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01598-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1     DATED this 9th day of December, 2024.

2 Respectfully submitted,

| | |
|---|---|
| 3  TESSA M. GORMAN<br>   United States Attorney | GIBBS HOUSTON PAUW |
| 4 | |
| 5  *s/ Michelle R. Lambert*<br>   MICHELLE R. LAMBERT, NYS #4666657 | *s/ Emily Simcock*<br>EMILY SIMCOCK, WSBA #55635 |
|    Assistant United States Attorney | 1000 Second Avenue, Suite 1600 |
| 6  United States Attorney's Office | Seattle, Washington 98104-1003 |
|    Western District of Washington | Phone: (206) 682-1080 |
| 7  1201 Pacific Avenue, Suite 700 | Email: emily.simcock@ghp-law.net |
|    Tacoma, Washington 98402 | |
| 8  Phone: (253) 428-3824 | *Attorney for Plaintiffs* |
|    Fax:   (253) 428-3826 | |
| 9  Email: michelle.lambert@usdoj.gov | |

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 417 words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE           UNITED STATES ATTORNEY
[Case No. 2:24-cv-01598-RSL] - 3           1201 PACIFIC AVE., STE. 700
           TACOMA, WA 98402
           (253) 428-3800

**ORDER**

The case is held in abeyance until April 28, 2025. The parties shall submit a joint status report on or before April 28, 2025. It is so **ORDERED**.

DATED this  10th  day of  December , 2024.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01598-RSL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800